

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-27-2008

# Yusupov v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 05-4232

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Yusupov v. Atty Gen USA" (2008). *2008 Decisions.* Paper 1340.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1340

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 05-4232 & 05-5411

BEKHZOD BAKHTIYAROVICH YUSUPOV

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES

Respondent

On Petition for Review of an Order of
The Board of Immigration Appeals
Immigration Judge:  Honorable Walter A. Durling
(No. A79-729-905)

No. 06-3160

ISMOIL SAMADOV

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES

Respondent

On Petition for Review of an Order of
The Board of Immigration Appeals
Immigration Judge:  Honorable Grace A. Sease
(No. A79-729-711)

Argued April 16, 2007

Before: McKEE and AMBRO, <u>Circuit Judges</u>
ACKERMAN,[*] <u>District Judge</u>

_____**O R D E R**_____

WHEREAS, this Court issued on March 14, 2008, an opinion in the captioned cases; and

WHEREAS, in order to accommodate a new footnote 19, to renumber all the footnotes that follow, to change (where necessary) cross-references, and to conform certain citations to the Code of Federal Regulations,

NOW THEREFORE IT IS ORDERED that the attached opinion be substituted for the opinion previously issued by this Court.


By the Court,


/s/ Thomas L. Ambro, Circuit Judge


Dated:       March 27, 2008
SLC/cc:      Lawrence H. Rudnick, Esq.
             Jonathan Potter, Esq.
             Paul A. Engelmayer, Esq.
             Bassina Farbenblum, Esq.

_____

[*]Honorable Harold A. Ackerman, Senior United States District Judge for the District of New Jersey, sitting by designation.